IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,                                    1:07-cv-00083-SMS-(PC)

      Plaintiff,                              ORDER GRANTING FIRST MOTION
                                 TO EXTEND TIME TO RESPOND TO
    vs.                                     ORDER DISMISSING COMPLAINT WITH
                                 LEAVE TO AMEND
DEPARTMENT OF CORRECTIONS,
                                 (DOCUMENT #17)

      Defendant.                              30-DAY DEADLINE
_____/

       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
1983.  On December 12, 2008,  plaintiff filed a motion to extend time to respond to the court's
order dismissing plaintiff's complaint with leave to amend.  Good cause having been presented
to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

       Plaintiff is granted thirty (30) days from the date of service of this order in which to
respond to the court's order of November 21, 2008, which dismissed plaintiff's complaint with
leave to amend.

IT IS SO ORDERED.

**Dated:**   **December 19, 2008**          _____/s/ Sandra M. Snyder_____
                               UNITED STATES MAGISTRATE JUDGE